1    Daniel J. Bergeson (Bar No. 105439/dbergeson@be-law.com)
     Hway-Ling Hsu (Bar No. 196178/hhsu@be-law.com)
2    BERGESON, LLP
     303 Almaden Boulevard, Suite 500
3    San Jose, CA  95110-2712
     Telephone:     (408) 291-6200
4    Facsimile:     (408) 297-6000

5    Attorneys for HERBALIFE INTERNATIONAL, INC.

6    Juanita Brooks (SBN 75934/brooks@fr.com)                    *ORDER E-FILED 5/10/06*
     Carlyn Hacker (SBN 227851/hacker@fr.com)
7    FISH & RICHARDSON P.C.
     12390 El Camino Real
8    San Diego, CA  92130-2081
     Telephone:     (858) 678-5070
9    Facsimile:     (858) 678-5099

10   Attorneys for Plaintiffs UNITHER PHARMA, INC., THE
     BOARD OF TRUSTEES OF THE LELAND STANFORD
11   JUNIOR UNIVERSITY, and NEW YORK MEDICAL
     COLLEGE
12
     Additional Counsel Appear On Signature Page
13

                    UNITED STATES DISTRICT COURT
14

                    NORTHERN DISTRICT OF CALIFORNIA
15

                         SAN JOSE DIVISION
16

17   HERBALIFE INTERNATIONAL, INC.,              Case No. C03-5878 (JW) &
                                                            C03-5090 (JW)
18                  Plaintiff,
                                                  Related Case Nos. C02-5284 (JW) &
19          v.                                              C03-0415 (JW)

20   UNITHER PHARMA, INC., THE BOARD             **STIPULATED REQUEST FOR
     OF TRUSTEES OF THE LELAND                   EXPEDITED HEARING AND
21   STANFORD JUNIOR UNIVERSITY and              BRIEFING SCHEDULE ON MOTION
     NEW YORK MEDICAL COLLEGE,                   FOR PROTECTIVE ORDER
22                                               AND ORDER
                    Defendants.                  (CIVIL LOCAL RULE 6-2)**
23
                                                  DATE:      MAY 22, 2006 (requested)
24                                                TIME:      TBD

25                                                HONORABLE HOWARD R. LLOYD

26                                                 **(MODIFIED BY THE COURT)**

27

28

STIPULATED REQUEST FOR EXPEDITED
HEARING
& BRIEFING SCHEDULE                              Case Nos. C03-5878 (JW) & C03-5090 (JW)

1

2   UNITHER PHARMA, INC., THE BOARD
    OF TRUSTEES OF THE LELAND
3   STANFORD JUNIOR UNIVERSITY, and
    NEW YORK MEDICAL COLLEGE,

4                   Plaintiffs,

5           v.

6   HERBALIFE INTERNATIONAL, INC.,

7                   Defendant.

8

9

10          WHEREAS, Unither Pharma, Inc., The Board of Trustees of The Leland Stanford Junior

11   University, and New York Medical College (collectively "Unither") noticed the Rule 30(b)(6)

12   deposition of Herbalife International, Inc. ("Herbalife") to take place May 10 and May 12, 2006

13   in the above-captioned matters;

            WHEREAS, Herbalife intends to move this Court on May 8, 2006 for a protective order

14   precluding Unither from proceeding with certain topics (the "Motion");

15          WHEREAS, Civil Local Rule 7-2 requires that all motions must be filed, served and

16   noticed in writing on the motion calendar of the assigned Judge for hearing not less than 35 days

17   after service of the motion;

18          WHEREAS, a fully noticed motion under Civil Local Rule 7-2 would not allow for a

19   ruling on the disputed discovery request prior to the close of fact discovery in this matter;

20          WHEREAS, the parties believe it will benefit all parties and that good cause exists to have

21   the Motion resolved on an expedited basis, prior to the close of fact discovery in this matter;

22          WHEREAS, the parties have agreed to a modified, expedited briefing schedule for the

23   Motion;

24          WHEREAS, the parties have met and conferred and, pursuant to Civil L.R. 6-2 and 7-11.

25   IT IS HEREBY STIPULATED by and between the parties, through their respective counsel of

26   record that:

27          1.      Herbalife shall serve and file the Motion on May 8, 2006.

28

STIPULATED REQUEST FOR EXPEDITED
HEARING
& BRIEFING SCHEDULE                    - 2 -        Case Nos. C03-5878 (JW) & C03-5090 (JW)

1

2      2.      Unither shall file and serve its papers in opposition to the Motion on or before

May 11, 2006.

3

4      3.      Herbalife shall file and serve reply papers in support of the Motion, if any, on or

before May 15, 2006.

5

6      4.      The Parties respectfully request that the hearing on the Motion take place on

May 22, 2006 (or as soon thereafter as is convenient for the Court).

7

       IT IS SO STIPULATED.

8

Dated:  May 8, 2006                          By:_____/s/_____

9

10                                           Daniel J. Bergeson (Bar No. 105439)
                                             Hway-ling Hsu (Bar No. 196178)
                                             BERGESON, LLP
11                                           303 Alamaden Boulevard, Suite 500
                                             San Jose, CA  95110
12                                           Telephone:    (408) 291-6200
                                             Facsimile:    (408) 297-6000
13                                           dbergeson @be-law.com
                                             hhsu@be-law.com
14
                                             James W. Dabney (*pro hac vice*)
15                                           Stephen S. Rabinowitz
                                             FRIED, FRANK, HARRIS, SHRIVER &
16                                           JACOBSON, LLP
                                             One New York Plaza
17                                           New York, NY  10004
                                             Telephone:    (212) 859-8000
18                                           Facsimilie:    (212) 859-4000
                                             dabnejam@ffhsj.com
19                                           rabinst@ffhsj.com

20                                           Laura A. Coruzzi (*pro hac vice*)
                                             JONES DAY
21                                           222 East 41st Street
                                             New York, NY  10017
22                                           Telephone:    (212) 326-3939
                                             Facsimile:    (212) 755-7306
23                                           lacoruzzi@jonesday.com
                                             Attorneys for HERBALIFE
24                                           INTERNATIONAL, INC.

25

26

27

28

STIPULATED REQUEST FOR EXPEDITED
HEARING
& BRIEFING SCHEDULE                - 3 -        Case Nos. C03-5878 (JW) & C03-5090 (JW)

Dated: May 8, 2006                                  By: _K d Boyd_____

Juanita Brooks (SBN 75934)
Carlyn Hacker (SBN 227851)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130-2081
Telephone:      (858) 678-5070
Facsimile:      (858) 678-5099
brooks@fr.com
hacker@fr.com

Karen I. Boyd (SBN 189808)
Limin Zheng (SBN 226875)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063
Telephone:      (650) 839-5070
Facsimile:      (650) 839-5071
boyd@fr.com
zheng@fr.com

Attorneys for Plaintiffs
UNITHER PHARMA, INC., THE BOARD OF
TRUSTEES OF THE LELAND STANFORD
JUNIOR UNIVERSITY, and NEW YORK
MEDICAL COLLEGE

 Herbalife's motion for protective order will be heard on May 23, 2006, 10:00 a.m. in Courtroom
 2.  The parties shall otherwise proceed as set forth in their stipulation.

~~PURSUANT TO STIPULATION,~~

IT IS SO ORDERED.

Dated: _____May 10, 2006_____

_____
UNITED STATES MAGISTRATE JUDGE
          HOWARD R. LLOYD

STIPULATED REQUEST FOR EXPEDITED
HEARING
& BRIEFING SCHEDULE              - 4 -        Case Nos. C03-5878 (JW) & C03-5090 (JW)
LAI 2241221.1