| | |
|---|---|
| 1 | Juanita Brooks (SBN 75934/brooks@fr.com) |
| 2 | FISH & RICHARDSON P.C.<br>12390 El Camino Real |
| 3 | San Diego, California 92130-2081<br>Telephone: (858) 678-5070 |
| 4 | Facsimile: (858) 678-5099 |
| 5 | Attorneys for Plaintiffs/Declaratory Judgment Defendants<br>UNITHER PHARMA, INC., THE BOARD OF TRUSTEES |
| 6 | OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br>and NEW YORK MEDICAL COLLEGE |
| 7 | Daniel J. Bergeson (SBN 105439) |
| 8 | Hway-Ling Hsu (SBN 196178)<br>BERGESON, LLP |
| 9 | 303 Almaden Boulevard, Suite 500<br>San Jose, California 95110-2712 |
| 10 | Telephone: (408) 291-6200<br>Facsimile: (408) 297-6000 |
| 11 | Attorneys for Defendant/Declaratory Judgment Plaintiff |
| 12 | HERBALIFE INTERNATIONAL, INC. |
| 13 | ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITHER PHARMA, INC. and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY,<br><br>    Plaintiffs and Counter-Defendants,<br><br>v.<br><br>HERBALIFE INTERNATIONAL, INC.,<br><br>    Defendant and Counter-Claimant. | Case Nos. C03-5090 JW, C03-5878 JW, and Related Case Nos. C02-05284 JW, C03-0415 JW<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] CASE MANAGEMENT ORDER** |
| HERBALIFE INTERNATIONAL, INC.<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>UNITHER PHARMA, INC., THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, and NEW YORK MEDICAL COLLEGE,<br><br>    Defendants and Counter-Claimants. | |

1  A Case Management Conference is presently scheduled for October 2, 2006 in the related
2  litigations between Unither and Herbalife (Case Nos. C03-5090 JW and C03-5878 JW), and the
3  last date for filing summary judgment motions is presently scheduled for October 30, 2006 with a
4  hearing date calendared for December 11, 2006.

5  The parties have been actively engaged in settlement negotiations, and are currently
6  drafting a definitive agreement. Accordingly, the parties request that the Case Management
7  Conference be taken off calendar, and that the filing and hearing dates for summary judgment
8  motions be continued.

9  Dated: September 12, 2006          FISH & RICHARDSON P.C.

11                                     By:  /s/ Karen I. Boyd
                                            Karen I. Boyd

13                                     Karen I. Boyd (SBN 189808/boyd@fr.com)
                                       John M. Farrell (SBN 99649/farrell@fr.com)
14                                     Limin Zheng (SBN 226875/zheng@fr.com)
                                       Erin Dungan (SBN 227090/dungan@fr.com)
15                                     FISH & RICHARDSON P.C.
                                       500 Arguello Street, Suite 500
16                                     Redwood City, CA  94063
17                                     Telephone: (650) 839-5070
                                       Facsimile:  (650) 839-5071

19                                     Juanita Brooks (SBN 75934/brooks@fr.com)
                                       FISH & RICHARDSON P.C.
20                                     12390 El Camino Real
                                       San Diego, California 92130-2081
21                                     Telephone: (858) 678-5070
                                       Facsimile:  (858) 678-5099

23                                     Attorneys for Plaintiffs
                                       UNITHER PHARMA, INC. AND THE
24                                     BOARD OF TRUSTEES OF THE LELAND
                                       STANFORD JUNIOR UNIVERSITY

Dated: September 12, 2006

BERGESON LLP
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
JONES DAY


By: /s/ _____
    Daniel J. Bergeson
    Hway-ling Hsu

Daniel J. Bergeson (SBN 105439)
Hway-Ling Hsu (SBN 196178)
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, California 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

James W. Dabney (*pro hac vice*)
Stephen S. Rabinowitz
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000

Laura A. Coruzzi (*pro hac vice*)
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

Attorneys for HERBALIFE
INTERNATIONAL, INC.

1
2  [PROPOSED] CASE MANAGEMENT ORDER

3  For good cause shown, the Case Management Conference in the above captioned cases,
4  presently scheduled for October 2, 2006, is taken off the calendar and the filing and hearing dates
5  for summary judgment motions are continued.
6  IT IS SO ORDERED.   The parties shapp appear on November 27th, 2006 at 10:00 am for a further Case Management Conference.
7
8  DATED: 09/14/2006
9  _____
   The Hon. James Ware
   United States District Judge

# DECLARATION OF CONSENT

I, Karen I. Boyd, hereby attest:

1. Concurrence in the filing of the following document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document:

**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] CASE MANAGEMENT ORDER**

2. I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action pursuant to General Order 45 of the United States District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Redwood City, California on September 12, 2006.

Dated: September 12, 2006　　　　　　　　FISH & RICHARDSON P.C.

　　　　　　　　　　　　　　　　　　　　By:　/s/ Karen I. Boyd
　　　　　　　　　　　　　　　　　　　　　　　Karen I. Boyd

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　　UNITHER PHARMA, INC., THE BOARD OF
　　　　　　　　　　　　　　　　　　　　TRUSTEES OF THE LELAND STANFORD
　　　　　　　　　　　　　　　　　　　　JUNIOR UNIVERSITY, and NEW YORK
　　　　　　　　　　　　　　　　　　　　MEDICAL COLLEGE

50370914.doc