| | |
|---|---|
| 1 | Juanita Brooks (SBN 75934) |
| | FISH & RICHARDSON P.C. |
| 2 | 12390 El Camino Real |
| | San Diego, California 92130-2081 |
| 3 | Telephone: (858) 678-5070 |
| | Facsimile: (858) 678-5099 |
| 4 | |
| | Attorneys for Plaintiffs/Declaratory Judgment Defendants |
| 5 | UNITHER PHARMA, INC., THE BOARD OF TRUSTEES |
| | OF THE LELAND STANFORD JUNIOR UNIVERSITY, |
| 6 | and NEW YORK MEDICAL COLLEGE |
| 7 | Daniel J. Bergeson (SBN 105439) |
| | Hway-Ling Hsu (SBN 196178) |
| 8 | BERGESON, LLP |
| | 303 Almaden Boulevard, Suite 500 |
| 9 | San Jose, California 95110-2712 |
| | Telephone: (408) 291-6200 |
| 10 | Facsimile: (408) 297-6000 |
| 11 | Attorneys for Defendant/Declaratory Judgment Plaintiff |
| | HERBALIFE INTERNATIONAL, INC. |
| 12 | |
| | ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| 15 | UNITHER PHARMA, INC. and | Case Nos. C 03-5090 JW and C 03-5878 JW |
| 16 | THE BOARD OF TRUSTEES OF THE | |
| | LELAND STANFORD JUNIOR UNIVERSITY, | **STIPULATION OF DISMISSAL WITH** |
| 17 | | **PREJUDICE AND [PROPOSED] ORDER** |
| | Plaintiffs and Counter-Defendants, | |
| 18 | | |
| | v. | |
| 19 | | |
| | HERBALIFE INTERNATIONAL, INC., | |
| 20 | | |
| | Defendant and Counter-Claimant. | |
| 21 | | |
| | HERBALIFE INTERNATIONAL, INC. | |
| 22 | | |
| | Plaintiff and Counter-Defendant, | |
| 23 | | |
| | v. | |
| 24 | | |
| | UNITHER PHARMA, INC., THE BOARD OF | |
| 25 | TRUSTEES OF THE LELAND STANFORD | |
| | JUNIOR UNIVERSITY, and NEW YORK | |
| 26 | MEDICAL COLLEGE, | |
| 27 | Defendants and Counter-Claimants. | |
| 28 | | |

It is hereby stipulated that related Civil Action Nos. C03-5090 JW and C03-5878 JW between Unither Pharma, Inc. ("Unither Pharma"), The Board of Trustees of the Leland Stanford Junior University ("Stanford"), New York Medical College ("NYMC") (collectively, "Plaintiffs") and Herbalife International Inc. ("Herbalife"), including all claims and counterclaims filed therein, are hereby dismissed pursuant to Fed. R. Civ. P. 41 (a) and 41(c).

This dismissal is with prejudice, except that Herbalife shall retain the right to challenge the validity and enforceability of the patents-in-suit in the event of any future litigation initiated by any of the Plaintiffs or their successors or assigns against Herbalife, its manufacturers, distributors or customers invoking the patents-in-suit, whether or not such future litigation concerns the same or different accused products.

Dated: November 7, 2006              FISH & RICHARDSON P.C.


By:  /s/
     Karen I. Boyd

Karen I. Boyd (SBN 189808/boyd@fr.com)
John M. Farrell (SBN 99649/farrell@fr.com)
Limin Zheng (SBN 226875/zheng@fr.com)
Erin Dungan (SBN 227090/dungan@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Juanita Brooks (SBN 75934/brooks@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, California 92130-2081
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Attorneys for Plaintiffs
UNITHER PHARMA, INC. AND THE
BOARD OF TRUSTEES OF THE LELAND
STANFORD JUNIOR UNIVERSITY

| | |
|---|---|
| Dated: November 7, 2006 | BERGESON LLP<br>FRIED, FRANK, HARRIS, SHRIVER &<br>JACOBSON LLP<br>JONES DAY<br><br>By:  /s/ _____<br>     Stephen S. Rabinowitz<br><br>Daniel J. Bergeson (SBN 105439)<br>Hway-Ling Hsu (SBN 196178)<br>BERGESON, LLP<br>303 Almaden Boulevard, Suite 500<br>San Jose, California 95110-2712<br>Telephone: (408) 291-6200<br>Facsimile: (408) 297-6000<br><br>James W. Dabney (*pro hac vice*)<br>Stephen S. Rabinowitz<br>FRIED, FRANK, HARRIS, SHRIVER &<br>JACOBSON LLP<br>One New York Plaza<br>New York, New York 10004<br>Telephone: (212) 859-8000<br>Facsimile: (212) 859-4000<br><br>Laura A. Coruzzi (*pro hac vice*)<br>JONES DAY<br>222 East 41st Street<br>New York, New York 10017<br>Telephone: (212) 326-3939<br>Facsimile: (212) 755-7306<br><br>Attorneys for HERBALIFE<br>INTERNATIONAL, INC. |

1  IT IS SO ORDERED.
2
3
4  DATED: _____
5  
   The Hon. James Ware
   United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4

STIPULATION OF DISMISSAL WITH
PREJUDICE AND [PROPOSED] ORDER
Case Nos. C03-5090 JW, C03-5878 JW

## DECLARATION OF CONSENT

I, Karen I. Boyd, hereby attest:

1. Concurrence in the filing of the following document has been obtained from each of the other signatories, which shall serve in lieu of their signatures on the document:

**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**

2. I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party until one year after final resolution of the action pursuant to General Order 45 of the United States District Court for the Northern District of California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed in Redwood City, California on November 7, 2006.

Dated: November 7, 2006      FISH & RICHARDSON P.C.

By: /s/
    Karen I. Boyd

Attorneys for Plaintiffs
UNITHER PHARMA, INC., THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, and NEW YORK MEDICAL COLLEGE

50382534.doc