1  Juanita Brooks (SBN 75934)
   FISH & RICHARDSON P.C.
2  12390 El Camino Real
   San Diego, California  92130-2081
3  Telephone:  (858) 678-5070
   Facsimile:  (858) 678-5099

4  Attorneys for Plaintiffs/Declaratory Judgment Defendants
5  UNITHER PHARMA, INC., THE BOARD OF TRUSTEES
   OF THE LELAND STANFORD JUNIOR UNIVERSITY,
6  and NEW YORK MEDICAL COLLEGE

7  Daniel J. Bergeson (SBN 105439)
   Hway-Ling Hsu (SBN 196178)
8  BERGESON, LLP
   303 Almaden Boulevard, Suite 500
9  San Jose, California  95110-2712
   Telephone:  (408) 291-6200
10 Facsimile:  (408) 297-6000

11 Attorneys for Defendant/Declaratory Judgment Plaintiff
   HERBALIFE INTERNATIONAL, INC.
12
   ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE
13
14                     UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
                            SAN JOSE DIVISION
15

| 16  UNITHER PHARMA, INC. and THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, | Case Nos. C 03-5090 JW and C 03-5878 JW |
|---|---|
| 17            Plaintiffs and Counter-Defendants, | **STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |
| 18        v. | |
| 19  HERBALIFE INTERNATIONAL, INC., | |
| 20            Defendant and Counter-Claimant. | |
| 21  HERBALIFE INTERNATIONAL, INC. | |
| 22            Plaintiff and Counter-Defendant, | |
| 23        v. | |
| 24  UNITHER PHARMA, INC., THE BOARD OF TRUSTEES OF THE LELAND STANFORD JUNIOR UNIVERSITY, and NEW YORK MEDICAL COLLEGE, | |
| 25 | |
| 26 | |
| 27            Defendants and Counter-Claimants. | |

28

1       It is hereby stipulated that related Civil Action Nos. C03-5090 JW and C03-5878 JW

2   between Unither Pharma, Inc. ("Unither Pharma"), The Board of Trustees of the Leland Stanford

3   Junior University ("Stanford"), New York Medical College ("NYMC") (collectively, "Plaintiffs")

4   and Herbalife International Inc. ("Herbalife"), including all claims and counterclaims filed therein,

5   are hereby dismissed pursuant to Fed. R. Civ. P. 41 (a) and 41(c).

6       This dismissal is with prejudice, except that Herbalife shall retain the right to challenge the

7   validity and enforceability of the patents-in-suit in the event of any future litigation initiated by

8   any of the Plaintiffs or their successors or assigns against Herbalife, its manufacturers, distributors

9   or customers invoking the patents-in-suit, whether or not such future litigation concerns the same

10  or different accused products.

11  Dated:  November 7, 2006                    FISH & RICHARDSON P.C.

12

13                                              By:   /s/
                                                      Karen I. Boyd
14

15                                              Karen I. Boyd (SBN 189808/boyd@fr.com)
                                                John M. Farrell (SBN 99649/farrell@fr.com)
16                                              Limin Zheng (SBN 226875/zheng@fr.com)
                                                Erin Dungan (SBN 227090/dungan@fr.com)
17                                              FISH & RICHARDSON P.C.
                                                500 Arguello Street, Suite 500
18                                              Redwood City, CA  94063
                                                Telephone: (650) 839-5070
19                                              Facsimile:  (650) 839-5071

20                                              Juanita Brooks (SBN 75934/brooks@fr.com)
21                                              FISH & RICHARDSON P.C.
                                                12390 El Camino Real
22                                              San Diego, California 92130-2081
                                                Telephone: (858) 678-5070
23                                              Facsimile:  (858) 678-5099

24
                                                Attorneys for Plaintiffs
25                                              UNITHER PHARMA, INC. AND THE
                                                BOARD OF TRUSTEES OF THE LELAND
26                                              STANFORD JUNIOR UNIVERSITY

27

28                                       2                STIPULATION OF DISMISSAL WITH
                                                          PREJUDICE AND [PROPOSED] ORDER
                                                          Case Nos. C03-5090 JW, C03-5878 JW

1    Dated:  November 7, 2006                BERGESON LLP
                                            FRIED, FRANK, HARRIS, SHRIVER &
2                                           JACOBSON LLP
                                            JONES DAY
3

4
                                            By:   /s/
5                                                 Stephen S. Rabinowitz

6

7                                           Daniel J. Bergeson (SBN 105439)
                                            Hway-Ling Hsu (SBN 196178)
8                                           BERGESON, LLP
                                            303 Almaden Boulevard, Suite 500
9                                           San Jose, California  95110-2712
                                            Telephone:  (408) 291-6200
10                                          Facsimile:  (408) 297-6000

11                                          James W. Dabney (*pro hac vice*)
                                            Stephen S. Rabinowitz
12                                          FRIED, FRANK, HARRIS, SHRIVER &
                                            JACOBSON LLP
13                                          One New York Plaza
                                            New York, New York 10004
14                                          Telephone: (212) 859-8000
                                            Facsimile:  (212) 859-4000
15

16                                          Laura A. Coruzzi (*pro hac vice*)
                                            JONES DAY
17                                          222 East 41st Street
                                            New York, New York 10017
18                                          Telephone: (212) 326-3939
                                            Facsimile:  (212) 755-7306
19

20                                          Attorneys for HERBALIFE
                                            INTERNATIONAL, INC.
21

22

23

24

25

26

27
                                            3
28                                                          STIPULATION OF DISMISSAL WITH
                                                          PREJUDICE AND [PROPOSED] ORDER
                                                          Case Nos. C03-5090 JW, C03-5878 JW

1  IT IS SO ORDERED.

2

3

4  DATED:  _____11/08/2006_____

5  The Hon. James Ware
   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

1

**DECLARATION OF CONSENT**

2
    I, Karen I. Boyd, hereby attest:

3
    1.      Concurrence in the filing of the following document has been obtained from each

4
of the other signatories, which shall serve in lieu of their signatures on the document:

5
    **STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**

6
    2.      I shall maintain records to support this concurrence for subsequent production for

7
the Court if so ordered or for inspection upon request by a party until one year after final

8
resolution of the action pursuant to General Order 45 of the United States District Court for the

9
Northern District of California.

10
    I declare under penalty of perjury under the laws of the State of California and the United

11
States of America that the foregoing is true and correct.  Executed in Redwood City, California on

12
November 7, 2006.

13

14
Dated:  November 7, 2006                    FISH & RICHARDSON P.C.

15

16
                                            By:   /s/
17
                                                  Karen I. Boyd

18
                                            Attorneys for Plaintiffs
                                            UNITHER PHARMA, INC., THE BOARD OF
19
                                            TRUSTEES OF THE LELAND STANFORD
                                            JUNIOR UNIVERSITY, and NEW YORK
20
                                            MEDICAL COLLEGE

21
50382534.doc

22

23

24

25

26

27
                                            5
28